GULF & SHIP ISLAND RAILROAD COMPANY *v.* J. R. WALKER
ET AL.

[61 South. 458—60 South. 1014.]

INJUNCTION. *Multiplicity of suits. Consolidation of suits. Solicitors' fees. Appeal and error.*

The Supreme court, upon affirming a decree of a lower court dissolving an injunction, has the power to allow the appellee damages in the nature of a fee to his counsel for services rendered in that court.

APPEAL from the chancery court of Simpson county.

HON. R. E. SHEEHY, Chancellor.

Bill by the Gulf & Ship Island Railroad Company to enjoin the prosecution of several suits at law. The lower court sustained a demurrer to the bill and, on appeal, the decree was affirmed in 60 South. 1014. The decree of the lower court provided for a solicitor's fee for defending the suit and the case now before this court is on motion of appellees for the allowance of a solicitor's fee for services in the supreme court resisting the appeal of the railroad company.

*May & Sanders, attorneys* for appellant.

*Hilton & Hilton,* attorneys for appellees.

SMITH, C. J., delivered the opinion of the court.

This motion is remanded to the docket for argument, either oral or written, addressed to the following question: Has this court, upon affirming a decree of a lower court dissolving an injunction, the power to allow appelle damages in the nature of a fee to his counsel for services rendered in this court?

NOTE.—The court remanded the case for hearing on this motion and upon the hearing sustained the motion and allowed the solicitor's fee claimed. No written opinion was filed; the motion being sustained by the court from the bench.